LORIE E. ALMON (Awaiting Pro Hac Vice Admission)
lalmon@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Tel: (212) 218-5500
Fax: (212) 218-5526

Attorneys for Defendant THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE OSBORNE, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant(s). | CASE NUMBER<br>CV 10 2465 JFW (CWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Lorie E. Almon,__
*Applicant's Name*

of __Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018__
*Firm Name /Address*

__(212) 218-5500__                                   __lalmon@seyfarth.com__
*Telephone Number*                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant

__The Prudential Insurance Company of America, Inc.__

and the designation of __Jon D. Meer (SBN 144389)__
*Local Counsel Designee /State Bar Number*

of __Seyfarth Shaw LLP, 2029 Century Park East, 35th Floor, Los Angeles, California 90067__
*Local Counsel Firm / Address*

__(310) 277-7200__                                   __jmeer@seyfarth.com__
*Telephone Number*                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __May 21, 2010__            John F. Walter /s/
                                  U. S. District Judge/U.S. Magistrate Judge
                                  U.S. District Judge

G-64 ORDER (01/08)        **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

American LegalNet, Inc.
www.FormsWorkflow.com