```
 1  Gregory M. Garrison, Esq. SBN 165215
    Jason N. Black, Esq. SBN 256261
 2  Grant G. Teeple, Esq. SBN 144760
    TEEPLE HALL, LLP
 3  9255 Towne Centre Drive, Suite 500
    San Diego, CA  92121-3038
 4  Telephone:  (858) 622-7878
    Facsimile:   (858) 622-0411
 5  E-Mail:      greg@teeplehall.com
                 jason@teeplehall.com
 6               grant@teeplehall.com

 7  Attorneys for Plaintiff, DOMINIQUE OSBORNE, et al.
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE OSBORNE, on her own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 23 U.S.C. §216, and on behalf of the General Public,<br><br>          Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,<br><br>          Defendant. | Case No. 10-CV-02465-JFC (CWx)<br><br>**STIPULATION FOR PARTIAL DISMISSAL OF CLAIMS (PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION)**<br><br><br>Judge: Hon. John F. Walter<br><br>Trial: May 24, 2011<br>Pre-Trial: May 6, 2011 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Osborne v. The Prudential Insurance Company of America        Case No. 10-CV-02465-JFW-(CWx)
Stipulation for Dismissal

The parties, by their attorneys, stipulate that so much of this civil action as relates to Second Cause of Action: Violations of the Employee Retirement and Income Security Act (ERISA), and Third Cause of Action: Violations of the Employee Retirement and Income Security Act (ERISA) - Breach of Fiduciary Duty are dismissed without prejudice under F.R.C.P. Rule 41(a)(1).

Dated: June 15, 2010    TEEPLE HALL, LLP

By: */s/ Gregory M. Garrison*
Gregory M. Garrison, Esq.
Jason N. Black, Esq.
Grant G. Teeple, Esq.
Attorneys for Plaintiff
DOMINIQUE OSBORNE

Dated: June 16, 2010    SEYFARTH SHAW, LLP

By: */s/ Jon D. Meer*
Jon D. Meer, Esq.
Dennis S. Hyun, Esq.
Simon L. Yang, Esq.
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, INC.