**DENIED**
BY ORDER OF THE COURT
7/23/10

For the reasons stated in defendant's opposition, the Application is Denied.



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE OSBORNE, on her own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 23 U.S.C. §216, and on behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,<br><br>Defendant. | Case No. 10-CV-02465-JFC (CWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER GRANTING RELIEF FROM LOCAL RULE 23-3'S NINETY DAY CLASS CERTIFICATION DEADLINE OR TO ALLOW PLAINTIFFS RE-SUBMITTED MOTION FOR CLASS CERTIFICATION TO BE DEEMED FILED *NUNC PRO TUNC***<br><br>Judge: Hon. John F. Walter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Upon consideration of Plaintiffs' Ex Parte Application For Order Granting Relief From Local Rule 23-3 Or To Allow Plaintiffs Re-Submitted Motion For Class Certification To Be Deemed Filed Nunc Pro Tunc and all papers submitted by the parties in relation thereto, and good cause appearing therefor;

IT IS, THEREFORE, ORDERED that Plaintiffs' Application is granted. Accordingly, the Court will consider Plaintiffs' re-submitted Motion for Class

1

Certification, Issuance of Class Notice and Equitable Tolling to have been filed in compliance with Local Rule 23-3 nunc pro tunc to July 19, 2010.

Dated:

By: _____
Hon. John F. Walter
United States District Judge for the
Central District of California

Osborne v. The Prudential Insurance Company of America  Case No. 10-CV-02465-JFW-(CWx)
[Proposed] Order

Teeple Hall, LLP