1  JON D. MEER (State Bar No. 144389)
   jmeer@seyfarth.com
2  SIMON L. YANG (State Bar No. 260286)
   syang@seyfarth.com
3  **SEYFARTH SHAW LLP**
   2029 Century Park East, 35th Floor
4  Los Angeles, California  90067-3021
   Telephone:  (310) 277-7200
5  Facsimile:   (310) 201-5219

6  LORIE E. ALMON (*admitted pro hac vice*)
   lalmon@seyfarth.com
7  **SEYFARTH SHAW LLP**
   620 Eighth Avenue, 32nd Floor
8  New York, New York  10018
   Telephone:  (212) 218-5500
9  Facsimile:   (212) 218-5526

10 Attorneys for Defendant
   THE PRUDENTIAL INSURANCE
11 COMPANY OF AMERICA, INC.

12               **UNITED STATES DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14                     **WESTERN DIVISION**

| | |
|---|---|
| 15  DOMINIQUE OSBORNE, on her own behalf on behalf of a class of similarly 16  situated persons pursuant to F.R.C.P. 23 and 23 U.S.C. § 216, and on behalf of 17  the General Public, | Case No. 2:10-CV-02465 JFW (CWx) *The Hon. John F. Walter* |
| 18                 Plaintiffs, | **DECLARATION OF JON D. MEER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER EXTENDING THE DEADLINE TO SUBMIT A MOTION FOR CERTIFICATION** |
| 19          v. | |
| 20  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New 21  Jersey Corporation, | Date:            October 18, 2010 Time:            1:30 p.m. |
| 22                 Defendant. | Courtroom:    16 |
| 23 | Complaint Filed:    April 5, 2010 Trial Date:           May 24, 2011 24  Pre-Trial Conference: May 6, 2011 Motion Cutoff:      March 28, 2011 25  Discovery Cutoff:   March 1, 2011 |

26

27

28

DEC. OF JON D. MEER IN SUPPORT OF DEF'S OPP. TO PLAINTIFF'S MOTION FOR AN
   ORDER EXTENDING DEADLINE TO SUBMIT A MOTION FOR CERTIFICATION
12738526v.1 / 33250-270008

I, JON D. MEER, declare and state as follows:

1.      I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify as to their accuracy.

2.      I am licensed to practice law in the State of California, and I am admitted to appear before this Court.  I am a partner in the law firm of Seyfarth Shaw LLP in Los Angeles, California, and I am the attorney with primary responsibility for the defense of Defendant in this matter.  All of the documents referenced and attached to this declaration are maintained in my office, in the ordinary course of business, under my direction and control.

3.      On July 29, 2010, Plaintiff's counsel asked me if Defendant would stipulate to extend the deadline for Plaintiff to re-submit her motion for certification, which had previously been stricken by the Court.  In response, on August 3, 2010, I informed Plaintiff's counsel that Defendant could not stipulate to extend the deadline set forth in a court order or a local rule.  A true and correct copy of the email response to Plaintiff's counsel is attached as Exhibit "A" and incorporated herein by this reference.

4.      Despite Defendant's inability to stipulate to extend the deadline set forth in the Court's Scheduling Order or Local Rule 23-3, Defendant did not in any way prevent Plaintiff from seeking an extension of time to re-submit her motion for certification after it was stricken by the Court.  Aside from the inability to stipulate to an extension that could only be granted by the Court following a motion by the requesting party, Defendant did not do anything that otherwise prevented or delayed Plaintiff from filing the pending motion for an extension.

///

///

///

///

1

DEC. OF JON D. MEER IN SUPPORT OF DEF'S OPP. TO PLAINTIFF'S MOTION FOR AN
ORDER EXTENDING DEADLINE TO SUBMIT A MOTION FOR CERTIFICATION

1        I declare under penalty of perjury under the laws of the State of California

2    and the United States of America that the foregoing is true and correct based on my

3    own personal knowledge.

4        Executed this 27th day of September, 2010 in Los Angeles, California.

5

6                                       /s/  Jon D. Meer
                                        JON D. MEER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEC. OF JON D. MEER IN SUPPORT OF DEF'S OPP. TO PLAINTIFF'S MOTION FOR AN
ORDER EXTENDING DEADLINE TO SUBMIT A MOTION FOR CERTIFICATION
12738526v.1 / 33250-270008

# EXHIBIT A

| | |
|---|---|
| **From:** | Meer, Jon D. |
| **Sent:** | Tuesday, August 03, 2010 8:10 PM |
| **To:** | jason@teeplehall.com |
| **Subject:** | Osborne v. Prudential--Plaintiff's Motion for Certification |

I am writing in response to your request for a stipulation to allow Plaintiff to file a motion for certification more than 90 days after filing her complaint. After reviewing Local Rule 23-3 and the Order of the Court filed on June 15, 2010, I do not believe the parties are allowed to stipulate to changing the deadlines ordered by the Court. Therefore, Defendant declines your invitation to stipulate.

In addition, for the reasons we discussed, Defendant contends that the Court has already rejected your proposed stipulation because the Court has issued two Orders striking Plaintiff's motion for certification. The Court has also issued a third Order that denied Plaintiff's ex parte request for relief from Local Rule 23-3.

This is to inform you that Defendant will oppose any subsequent filing if you intend to again seek relief from the deadlines imposed by Local Rule 23-3 and the Orders of the Court. I am also confirming that we have satisfied our meet and confer requirements on this issue.

Regards,


Jon D. Meer
Partner
**SEYFARTH SHAW** LLP
2029 Century Park East, 35th Floor
Los Angeles, California 90067
310.201.1586 T
310.551.8324 F
jmeer@seyfarth.com
www.seyfarth.com

1