1  JON D. MEER (State Bar No. 144389)
   jmeer@seyfarth.com
2  SIMON L. YANG (State Bar No. 260286)
   syang@seyfarth.com
3  **SEYFARTH SHAW LLP**
   2029 Century Park East, 35th Floor
4  Los Angeles, California  90067-3021
   Telephone:  (310) 277-7200
5  Facsimile:   (310) 201-5219

6  LORIE E. ALMON (*admitted pro hac vice*)
   lalmon@seyfarth.com
7  **SEYFARTH SHAW LLP**
   620 Eighth Avenue, 32nd Floor
8  New York, New York  10018
   Telephone:  (212) 218-5500
9  Facsimile:   (212) 218-5526

10 Attorneys for Defendant
   THE PRUDENTIAL INSURANCE
11 COMPANY OF AMERICA

12               **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14                    **WESTERN DIVISION**

15 DOMINIQUE OSBORNE, on her own         Case No. CV10-2465 JFW (CWx)
   behalf on behalf of a class of similarly
16 situated persons pursuant to F.R.C.P.   *The Hon. John F. Walter*
   23 and U.S.C. 216, and on behalf of
17 the General Public,                     **STIPULATION FOR DISMISSAL
                                           WITH PREJUDICE**
18             Plaintiffs,

19       v.                                Complaint Filed:   April 5, 2010
                                           Discovery Cutoff:  March 1, 2011
20 THE PRUDENTIAL INSURANCE                Motion Cutoff:     March 28, 2011
   COMPANY OF AMERICA, a New               Pre-Trial Conf.:   May 6, 2011
21 Jersey Corporation,                     Trial Date:        May 24, 2011

22             Defendant.

23

24

25

26

27

28

─────────────────────────────────────────────
               STIPULATION FOR DISMISSAL WITH PREJUDICE

12903647v.1 / 33250-270008

The parties, Plaintiff Dominique Osborne ("Plaintiff"), and Defendant The Prudential Insurance Company of America ("Defendant"), through their respective counsel of record, HEREBY STIPULATE as follows:

1.   Defendant filed a Motion for Summary Judgment as to Plaintiff's single remaining cause of action for violation of the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201 *et seq.*, which was set for hearing on December 6, 2010;

2.   Defendant's Motion for Summary Judgment shows that there is no triable issue of material fact as to any claim for violation of the FLSA, 29 U.S.C. § 201 *et seq.*, alleged by Plaintiff in this lawsuit or that could have been alleged by Plaintiff in this lawsuit;

3.   Defendant's Motion for Summary Judgment shall be granted against Plaintiff and judgment shall be entered in favor of Defendant in this matter;

4.   The judgment in favor of Defendant shall dismiss the above-captioned lawsuit with prejudice;

5.   Plaintiff waives any appeal as to any prior rulings of the Court in this matter;

6.   Defendant shall recover its reasonable costs of suit, as provided by law; and

///
///
///
///
///
///
///
///

12903647v.1 / 33250-270008

1

STIPULATION FOR DISMISSAL WITH PREJUDICE

1       7.     Plaintiff and Defendant shall each be responsible for payment of their

2    own attorneys' fees.

3  SO STIPULATED:

4

5  DATED: November 24, 2010         **TEEPLE HALL, LLP**

6

7                           By:_____/s/ Jason Black_____

8                                JASON BLACK
                             Attorneys for Plaintiff

9                           DOMINIQUE OSBORNE

10

11

12  DATED: November 24, 2010        **SEYFARTH SHAW LLP**

13

14                         By:_____/s/ Simon L. Yang_____

15                             SIMON L. YANG
                           Attorneys for Defendant

16                         THE PRUDENTIAL INSURANCE
                         COMPANY OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28