JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DOMINIQUE OSBORNE, on her own behalf on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and U.S.C. 216, and on behalf of the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,<br><br>Defendant. | Case No. CV10-2465 JFW (CWx)<br><br>*The Hon. John F. Walter*<br><br>**JUDGMENT IN FAVOR OF DEFENDANT**<br><br>Complaint Filed:   April 5, 2010<br>Discovery Cutoff: March 1, 2011<br>Motion Cutoff:     March 28, 2011<br>Pre-Trial Conf.:    May 6, 2011<br>Trial Date:           May 24, 2011 |

On November 8, 2010, Defendant, The Prudential Insurance Company of America ("Defendant"), filed a motion for summary judgment against Plaintiff, Dominique Osborne ("Plaintiff"), in the above-captioned civil matter. The motion for summary judgment addressed the single remaining cause of action for violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*

12903704v.2 / 33250-270008

1

JUDGMENT IN FAVOR OF DEFENDANT

1  On November 24, 2010, the parties stipulated that there was no triable issue
2  of material fact as to any claim Plaintiff alleged, or could have alleged, in this
3  matter for violation of the FLSA.
4  Pursuant to the November 24, 2010 stipulation, Defendant's Motion for
5  Summary Judgment shall be granted against Plaintiff.  Pursuant to the terms of the
6  stipulation, Plaintiff waives any right to appeal any prior rulings by this Court in
7  this matter.  Moreover, Defendant shall recover its reasonable costs of suit, as
8  provided by law.
9  IT IS, THEREFORE, HEREBY ORDERED AND ADJUDICATED that
10  this matter shall be dismissed, with prejudice, and that judgment shall be entered in
11  favor of Defendant under the terms of the parties' stipulation herein.

DATED:   November 24, 2010,

_____
HONORABLE JOHN F. WALTER
United States District Judge, U.S. District
Court for the Central District of California